UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

Pace O Matic Inc v. Eckert Seamans Cherin & Mellott LLC, et al (Appellant: Hawke McKeon & Sniscak, LLP)

APPEAL FROM DISTRICT COURT:

District: Middle District of Pennsylvania
D.C. Docket No.: 1-20-cv-00292
Date proceedings initiated in D.C.: 02/18/2020
Date Notice of Appeal filed: 08/04/2022
USCA No.: 22-2445

## COUNSEL ON APPEAL

**Appellant(s)**: Hawke McKeon & Sniscak, LLP
Name of Counsel: Dennis A. Whitaker; Melissa A. Chapaska
Name of Party(ies): Hawke McKeon & Sniscak, LLP
Address: 100 N. 10th Street Harrisburg PA 17101
Telephone No.: (717) 236-1300
Fax No.: (717) 236-4841
E-mail: dawhitaker@hmslegal.com; machapaska@hmslegal.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: George W. Westervelt, Jr.
Name of Party(ies): Pace-O-Matic, Inc.
Address: 706 Monroe Street, PO Box 549, Stroudsburg, PA 18360
Telephone No.: 570-421-6100
Fax No.:
E-mail: geowwest@ptd.net

Name of Counsel: Jeffrey B. Jensen; Michael Nolan; Michael Martinich-Sauter; Bola Adeniran
Name of Party(ies): Pace-O-Matic, Inc.
Address: 190 Carondelet Plaza, Suite 600, St. Louis, Missouri 63105
Telephone No.: 314-345-6464
Fax No.: 314-480-1505
E-mail: Jeff.jensen@huschblackwell.com; michael.nolan@huschblackwell.com; michael.martinich-sauter@huschblackwell.com; bola.adeniran@huschblackwell.com

Is this a Cross-Appeal?          Yes ☐          No ☑
Appeals Docket No.:

Was there a previous appeal in case?          Yes ☐          No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal?     Yes ☑     No ☐

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?

Yes ☑     No ☐

If you answered yes to either "a" or "b" please provide:

Case Name: Pace O Matic Inc v. Eckert Seamans Cherin & Mellott LLC, et al (Hawke McKeon & Sniscak, LLP Petition for Permission to Appeal filed Aug. 22, 2022)

D.C. Docket No.: 1-20-cv-00292

Court or Agency: Third Circuit

Docket Number: Not yet assigned

Citation, if reported:

## NATURE OF SUIT
### (Check as many as apply)

**1. FEDERAL STATUTES**
- ☐ ANTITRUST
- ☐ BANKRUPTCY
- ☐ BANKS & BANKING
- ☐ CIVIL RIGHTS
- ☐ COMMERCE, ROUTES, AND TARIFFS
- ☐ COMMODITIES
- ☐ COMMUNICATIONS
- ☐ CONSUMER PROTECTION
- ☐ COPYRIGHT
- ☐ PATENT
- ☐ TRADEMARK
- ☐ ELECTION
- ☐ ENERGY
- ☐ ENVIRONMENTAL
- ☐ FOIA FREEDOM OF INFORMATION
- ☐ IMMIGRATION
- ☐ LABOR
- ☐ OSHA
- ☐ SECURITIES
- ☐ SOCIAL SECURITY
- ☐ TAX
- ☐ EQUAL ACCESS TO JUSTICE
- ☐ OTHER Specify:

**2. TORTS**
- ☐ ADMIRALTY

- ☐ ASSAULT/DEFAMATION
- ☐ PRODUCT LIABILITY/WARRANTY
- ☑ DIVERSITY
- ☐ OTHER Specify:

**3. CONTRACTS**
- ☐ ADMIRALTY/MARITIME
- ☐ ARBITRATION
- ☐ COMMERCIAL
- ☐ EMPLOYMENT
- ☐ INSURANCE
- ☐ NEGOTIABLE DISBURSEMENTS
- ☐ OTHER Specify:

**4. PRISONER PETITIONS**
- ☐ CIVIL RIGHTS
- ☐ VACATE SENTENCE 2255
- ☐ HABEAS CORPUS 2254
- ☐ HABEAS CORPUS 2241
- ☐ MANDAMUS/PROHIBITION
- ☐ OTHER Specify:

**5. OTHER**
- ☐ FORFEITURE
- ☐ CIVIL GRAND JURY
- ☐ TREATY Specify:
- ☑ OTHER Specify: 3rd party subpoena

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 23rd day of August , 20 22 .

Signature of Counsel: /s/ Dennis A. Whitaker