

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT
CLERK**

UNITED STATES COURT OF APPEALS
**FOR THE THIRD CIRCUIT**
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 1, 2022

Michael Martinich-Sauter, Esq.
Husch Blackwell
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105

RE: Pace O Matic Inc v. Eckert Seamans Cherin & Mellott LLC, et al
Case Number: 22-2445
District Court Case Number: 1-20-cv-00292

Dear Counsel:

Pursuant to our docketing letter dated **August 9, 2022**, you were requested
electronically file or complete the following in the above-entitled case:

**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of
this letter. **If the forms are not filed within the time stated, it will be presumed
that you do not wish to participate in the appeal(s). You will receive no further
notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
s/ Patricia S. Dodszuweit
 Clerk

By: s/Kirsi
Case Manager
267-299-4911

cc: Peter C. Buckley, Esq.
    Melissa A. Chapaska, Esq.
    Abraham C. Reich, Esq.
    Robert S. Tintner, Esq.
    Dennis Whitaker, Esq.