UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. <u>22-2445</u>, <u>22-2446</u>, <u>22-2902</u>, <u>22-2958</u>, & <u>22-2959</u>**

Pace-O-Matic, Inc., v. Eckert, Seamans Cherin & Mellott, LLC

**ORDER**

These five appeals are consolidated for the purposes of scheduling, a single joint appendix, and disposition by the same merits panel.

The Court disfavors redundant briefing. The parties are therefore encouraged to file joint briefs or adopt by reference other briefs as much as possible. <u>See</u> Fed. R. App. P. 28(i). At a minimum, consolidated briefing is required to the following extent:

**Appellants.** A maximum of three opening briefs (and three reply briefs) may be filed by—

[brief 1] Hawke McKeon & Sniscak, LLP, the appellant in Nos. 22-2445 & 22-2902;

[brief 2] Greenwood Gaming and Entertainment, Inc., the appellant in Nos. 22-2446 & 22-2959; and

[brief 3] Eckert, Seamans, Cherin & Mellott, LLC, Marl S. Stewart, and Kevin M. Skjoldal, the appellants in No. 22-2958.

**Appellees.** Each appellee may file only one brief addressing all appeals in which it is participating.

The possible jurisdictional defect raised in the appeals at Nos. 22-2445 and 22-2446 will not be submitted to a motions panel. The issue of jurisdiction is referred to the merits panel. The parties are advised that this order does *not* represent a finding of jurisdiction in this matter. As in all cases, the panel of this Court that reviews the appeals on the merits will make a final determination of jurisdiction. A briefing schedule will be

issued at the appropriate time.  The parties should address jurisdiction in their briefs.  <u>See</u> Fed. R. App. P. 28(a)(4) & 28(b).


For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:  October 20, 2022

kr/cc:  Michael Martinich-Sauter, Esq.
George A. Bibikos, Esq.
Peter C. Buckley, Esq.
Abraham C. Reich, Esq.
Robert S. Tintner, Esq.
Melissa A. Chapaska, Esq.
Dennis Whitaker, Esq.