**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | |
|---|---|
| PACE-O-MATIC, INC. | |
| vs. | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC; MARK S. STEWART; KEVIN M. SKJOLDAL | Electronically Filed |
| APPEALS OF GREENWOOD GAMING & ENTERTAINMENT, INC.; ECKERT, SEAMANS CHERIN & MELLOTT, LLC; MARK S. STEWART; KEVIN M. SKJOLDAL; AND HAWKE MCKEON & SNISCAK LLP | Docket Nos. 22-2445, 22-2446, 22-2902, 22-2958 & 22-2959 |

**APPELLANTS' JOINT UNCONTESTED MOTION FOR EXTENSION OF
TIME TO FILE OPENING BRIEFS AND JOINT APPENDIX**

Appellants Greenwood Gaming & Entertainment, Inc.; Eckert, Seamans, Cherin & Mellot, LLC; Mark S. Stewart; Kevin M. Skjoldal; and Hawke McKeon & Sniscak, LLP ("Appellants") hereby move for an extension of time to file their opening briefs and joint appendix.

1.     On October 20, 2022, the Court consolidated the above five appeals for briefing and argument.

2.     On December 8, 2022, the Court entered a briefing schedule that calls upon Appellants to file their opening briefs on or before January 17, 2023.

HA-183924 v1

3.    Because of scheduling issues, the holiday season, and the press of work for other clients, Appellants respectfully request an additional thirty days to file their opening briefs and joint appendix such that the briefs and joint appendix shall be due for filing and service on or before February 16, 2023.

4.    The undersigned counsel for Appellants have conferred with counsel for the Appellee and the Appellee does not oppose this request.

5.    This is Appellants' first request for an extension to file their opening briefs and joint appendix.

WHEREFORE, Appellants respectfully request that the Court grant this motion and modify the briefing schedule so that Appellants' opening brief is due on or before February 16, 2023.

**GA BIBIKOS LLC**

/s George A. Bibikos
George A. Bibikos (PA 91249)
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com
*Counsel for Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino*

/s Robert S. Tintner
Robert S. Tintner, Esq. (No. 73865)
Peter C. Buckley, Esq. (No. 92313)
Fox Rothschild LLP
2000 Market St., 10th Floor
Philadelphia, PA 19103
rtintner@foxrothschild.com
pbuckley@foxrothschild.com
areich@foxrothschild.com
*Counsel for Eckert, Seamans, Cherin & Mellot, LLC*

/s Dennis Whitaker
Dennis Whitaker, Esq. (No. 53975)
Melissa A. Chapaska, Esq. (No. 319449)
Hawke McKeon & Sniscak
100 North Tenth Street
Harrisburg, PA 17101
dawhitaker@hmslegal.com
machapaska@hmslegal.com
*Counsel for Hawke McKeon & Sniscak LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2022, I caused a copy of the foregoing to be served electronically on the following counsel of record:

Robert S. Tintner, Esq.
Peter C. Buckley, Esq.
Abraham C. Reich, Esq.
Fox Rothschild LLP
2000 Market St., 10th Floor
Philadelphia, PA 19103
rtintner@foxrothschild.com
pbuckley@foxrothschild.com
areich@foxrothschild.com
*Counsel for Eckert, Seamans, Cherin & Mellot, LLC*

George W. Westervelt, Jr., Esq.
706 Monroe St
P.O. Box 549
Stroudsburg, PA 18360-0549
geowwest@ptd.net
*Counsel for Pace-O-Matic, Inc.*

Omobolanle A. Adeniran, Esq.
Jeffrey Jensen, Esq.
Michael Nolan, Esq.
Michael M. Sauter, Esq.
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
bola.adeniran@huschblackwell.com
jeff.jensen@huschblackwell.com
michael.martinich-sauter@huschblackwell.com
michael.nolan@huschblackwell.com
*Counsel for Pace-O-Matic, Inc.*

HA-183924 v1

- 5 -

Dennis Whitaker, Esq.
Melissa A. Chapaska, Esq.
Hawke McKeon & Sniscak
100 North Tenth Street
Harrisburg, PA 17101
dawhitaker@hmslegal.com
machapaska@hmslegal.com
*Counsel for Hawke McKeon & Sniscak*

/s George A. Bibikos
George A. Bibikos