# BAR CERTIFICATION

The undersigned counsel for Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino, certifies that he is a member of the bar of this Court.

/s George A. Bibikos
George A. Bibikos