**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| PACE-O-MATIC, INC. | **)** | |
| vs. | **)** | |
| | **)** | |
| ECKERT, SEAMANS CHERIN & | **)** | Electronically Filed |
| MELLOTT, LLC; MARK S. | **)** | |
| STEWART; KEVIN M. SKJOLDAL | **)** | Docket Nos. 22-2445, 22-2446, 22- |
| | **)** | 2902, 22-2958 & 22-2959 |
| APPEALS OF GREENWOOD | **)** | |
| GAMING & ENTERTAINMENT, | **)** | |
| INC.; ECKERT, SEAMANS | **)** | |
| CHERIN & MELLOTT, LLC; | **)** | |
| MARK S. STEWART; KEVIN M. | **)** | |
| SKJOLDAL; AND HAWKE | **)** | |
| MCKEON & SNISCAK LLP | **)** | |

**APPELLEE'S UNOPPOSED FIRST MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Appellee Pace-O-Matic, Inc. ("POM") respectfully requests a two-week extension—until April 3, 2023—of the deadline for POM to file its response brief. In support of its request, POM states the following:

1.    On October 20, 2022, the Court consolidated the above-captioned appeals for briefing and argument.  ECF No. 35.[1]

2.    On December 28, 2022, the Appellants jointly requested a thirty-day extension to file their opening briefs and joint appendix. ECF No. 49. POM did not oppose this request. *See id.*

---

[1] All citations to the Court's docket reference Case No. 22-2446.

3.    On December 28, 2022, the Court granted Appellants' request for a thirty-day extension. ECF No. 50.

4.    Appellants filed their opening briefs and joint appendix on February 15 and 16, 2023. *See* ECF Nos. 51–54.

5.    POM's response brief is currently due on March 20, 2023. *See* ECF No. 48; Fed. R. Civ. P. 6(a)(1)(C).

6.    Due to illness on POM's legal team, POM respectfully requests an addition fourteen days to file its response brief, such that the response brief would be due on April 3, 2023.

7.    Counsel for all Appellants have stated that they do not oppose this requested extension.

8.    This is POM's first request for an extension of time to file its response brief.

WHEREFORE, POM respectfully requests the Court grant this motion and extend the deadline for POM to file its response brief to April 3, 2023.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

*/s/ Michael Martinich-Sauter*
Michael Martinich-Sauter
Jeffrey B. Jensen
Michael Nolan
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Michael.martinich
sauter@huschblackwell.com

## CERTIFICATE OF SERVICE

I certify that on March 16, 2023, I caused the foregoing to be served on all counsel of record via the Court's e-filing system.

*/s/ Michael Martinich-Sauter*